■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH E. RICHARDSON, Appellant. [823 NYS2d 750]—Appeal from a judgment of the Allegany County Court (Thomas P. Brown,

J.), rendered March 3, 2005. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.